UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGELA WILLIAMS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>JAMAL RASHID; et al.,<br><br>        Defendants,<br><br>RUSSELL G. GREER,<br><br>        Intervenor-Defendant. | No. 22-16859<br><br>D.C. No. 2:21-cv-01676-APG-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

      This case is RELEASED from the Mediation Program.

      All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

vs/mediation

Roxane G. Ashe
Circuit Mediator