UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; CLARK COUNTY; NYE COUNTY; CITY OF LAS VEGAS,<br><br>    Defendants - Appellees,<br><br>and<br><br>JAMAL RASHID; MALLY MALL MUSIC LLC; FUTURE MUSIC, LLC;<br>PF SOCIAL MEDIA MANAGMENT, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; WESTERN BEST LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; SHAC MT, LLC; LAS VEGAS BISTRO, LLC, DBA Larry Flynt's Hustler Club; WESTERN BEST, INC., DBA Chicken Ranch; SHAC, LLC, DBA | No. 22-16859<br>D.C. No. 2:21-cv-01676-APG-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>APPEAL FROM UNITED STATES DISTRICT COURT DISTRICT OF NEVADA<br><br>**NOTICE OF CONFIRMATION OF ORDERED TRANSCRIPT**<br><br>Jason D. Guinasso (SBN 8478)<br>HUTCHISON & STEFFEN, PLLC<br>5371 KIETZKE LANE<br>Reno, NV 89511<br>(775) 853-8746<br>jguinasso@hutchlegal.com<br><br>Benjamin W. Bull (DCSB#388206)<br>Peter A. Gentala (AZSB# 021789)<br>Dani Bianculli Pinter (FLSB#120441)<br>Christen M. Price (DCSB #1016277)<br>National Center on Sexual Exploitation<br>1201 F. Street NW<br>Suite 200<br>Washington, DC 20004<br>(202) 393-7245<br><br>Attorneys for Appellants |

Sapphire Gentleman's Club and/or Sapphire,

    Defendants,

RUSSELL G. GREER,

    Intervenor-Defendant.

| AO 435 (NVD Rev. 09/2022) Read Instructions attached: | United States District Court, District of Nevada TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Jason Guinasso | | 2. PHONE NUMBER 775-853-8746 | 3. DATE 01/03/23 | |
| 4. FIRM NAME Hutchison and Steffen | | | | |
| 5. MAILING ADDRESS 5371 Kietzke Lane | | 6. CITY Reno | 7. STATE NV | 8. ZIP CODE 89511 |
| 9. CASE NUMBER 2:21-cv-01676-APG-VCF | 10. JUDGE Andrew P. Gordon | DATES OF PROCEEDINGS | | |
| | | 11. FROM 11/04/22 | 12. TO 11/04/22 | |
| 13. CASE NAME Williams et al v. Sisolak et al | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Las Vegas | 15. STATE NV | |

16. ORDER FOR
☑ APPEAL ☐ CRIMINAL ☐ BANKRUPTCY ☐ OTHER (Specify)
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested):

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Entire hearing from 11/04/22 | |
| ☐ SENTENCING | | | |
| ☐ DETENTION HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY (30-DAY) | ☐ | ☐ | | PAPER COPY ☐ | |
| 14-DAY | ☒ | ☐ | | E-MAIL ☑ | |
| EXPEDITED (7-DAY) | ☐ | ☐ | | DISK ☐ | |
| 3-DAY | ☐ | ☐ | | PDF FORMAT ☐ | |
| DAILY | ☐ | ☐ | | ASCII FORMAT ☐ | |
| HOURLY | ☐ | ☐ | | KEYWORD INDEX ☐ | |
| REALTIME/ROUGH | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
akruik@hutchlegal.com

19. SIGNATURE
/s/Jason Guinasso

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 01/03/23

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

| ST44 Rev. 04/18 | UNITED STATES DISTRICT COURT |
|---|---|
| Derived from AO44 Rev. 04/18 | **For the** |

## INVOICE 20230002

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Jason Guinasso<br>Hutchison and Steffen<br>5371 Kietzke Lane<br>Reno, NV 89511<br>(775) 853-8746 | Paige M Christian<br>U.S. Official Court Reporter<br>333 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>(702) 464-5426<br>paige_christian@nvd.uscourts.gov |

| __ CRIMINAL | X CIVIL | DATE ORDERED: 01-04-2023 | DATE DELIVERED: |
|---|---|---|---|

**In the matter of:** 2:21-CV-01676-APG-EJY, Angela Williams v Sisolak, et al.

Transcript of proceedings held 11/04/2022 before Judge Gordon. 14-day expedited.

**\*\*ESTIMATED INVOICE\*\***

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 20 | 4.25 | 85.00 | | | | | | | 85.00 |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Misc. Charges | | | | | | | | | |
| | | | | | | | | | Subtotal | 85.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 85.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Paige Christian | DATE: 01-04-2023 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR