No. 22-16859

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

ANGELA WILLIAMS, JANE DOE #1, AND JANE DOE #2,

*Plaintiffs - Appellant,*

v.

JOSEPH LOMBARDO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF NEVADA; ET AL.

*Defendants – Appellees.*

_____

On Appeal from the United States District Court
for the District of Nevada
No. 2:21-cv-01676-APG-VCF
Hon. Andrew P. Gordon

_____

**STATE DEFENDANTS' SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME I OF I**
_____

AARON D. FORD
Attorney General
KIEL B. IRELAND (Bar No. 15368)
Deputy Solicitor General
SABRENA CLINTON (Bar No.6499)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
kireland@ag.nv.gov
*Attorneys for the State Defendants*

# INDEX

| DOCUMENT | FILE DATE | USDC DKT NO. | BATES NO. | PAGES |
|---|---|---|---|---|
| VOLUME I OF I | | | | |
| State Defendants' Motion to Dismiss | 6/16/2022 | 168 | SDSER 002- SDSER 012 | 11 |
| Plaintiffs Opposition to Defendants' Motion to Strike | 12/10/2021 | 82 | SDSER 013 - SDSER 041 | 29 |