No. 22-16859

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANGELA WILLIAMS, JANE DOE #1, AND JANE DOE #2,

Plaintiffs – Appellants,

v.

JOSEPH LOMBARDO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF NEVADA; ET AL.

Defendants – Appellees.

_____

On Appeal from the United States District Court
for the District of Nevada
No. 2:21-cv-01676-APG-VCF
Hon. Andrew P. Gordon

**CITY OF LAS VEGAS' JOINDER TO CO-APPELLEE STATE DEFENDANTS' ANSWERING BRIEF; STATE DEFENDANTS' SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME I OF I; DEFENDANT-APPELLEE CLARK COUNTY'S ANSWERING BRIEF; AND DEFENDANT-APPELLEE NYE COUNTY'S ANSWERING BRIEF**

BRYAN K. SCOTT, ESQ.
Nevada Bar No. 4381
JEFFREY L. GALLIHER, ESQ.
Nevada Bar No. 8078
**LAS VEGAS CITY ATTORNEY'S OFFICE**
495 S. Main St.
Las Vegas, Nevada 89101
Telephone: (702) 229-6629
Facsimile: (702) 386-1749
bscott@lasvegasnevada.gov
jgalliher@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

Appellee City of Las Vegas hereby joins Co-Appellee State Defendants' Answering Brief; State Defendants' Supplemental Excerpts of Record Index Volume I of I as submitted on or about July 12, 2023; Defendant-Appellee Clark County's Answering Brief as filed on or about July 12, 2023; and Defendant-Appellee Nye County's Answering Brief submitted on or about July 13, 2023.

DATED this 13th day of July, 2023.

BRYAN K. SCOTT
City Attorney

By: */s/ Jeffrey Galliher*
JEFFREY L. GALLIHER
Chief Deputy City Attorney
Nevada Bar No. 8078
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for City of Las Vegas