UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGELA WILLIAMS; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>JAMAL RASHID; et al.,<br><br>   Defendants,<br><br>RUSSELL G. GREER,<br><br>   Intervenor-Defendant. | No. 22-16859<br><br>D.C. No. 2:21-cv-01676-APG-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The answering brief submitted by Nye County on July 13, 2023 is filed.

Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT