# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s):** 22-16859

**Case Name:** Angela Williams, et al v. Steve Sisolak, et a

**Hearing Location (*city*):** San Francisco

**Your Name:** Jason Guinasso

List the sitting dates for the two sitting months you were asked to review:

December 2023 & January 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

January 8-12 2024. I will be out of the country attending my Master's residency program.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** Jason D. Guinasso, Esq.  **Date:** 08/18/23

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                                        New 12/01/2018