UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ANGELA WILLIAMS; et al.,

               Plaintiffs - Appellants,

  v.

STEVE SISOLAK, Governor of
Nevada, in his official capacity; et al.,

               Defendants - Appellees,

 and

JAMAL RASHID; et al.,

               Defendants,

RUSSELL G. GREER,

               Intervenor-Defendant.

No. 22-16859

D.C. No. 2:21-cv-01676-APG-VCF
U.S. District Court for Nevada, Las
Vegas

**ORDER**

---

The reply brief submitted on September 5, 2023 is filed.

Within 7 days of this order, appellants are ordered to file 6 copies of the

brief in paper format with gray covers, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT