**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGELA WILLIAMS; et al., | No. 22-16859 |
| Plaintiffs-Appellants, | D.C. No. 2:21-cv-01676-APG-VCF |
| v. | District of Nevada, Las Vegas |
| STEVE SISOLAK, Governor of Nevada, in his official capacity; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| JAMAL RASHID; et al., | |
| Defendants, | |
| RUSSELL G. GREER, | |
| Intervenor-Defendant. | |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on December 5, 2023, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT