UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGELA WILLIAMS; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>JAMAL RASHID; et al.,<br><br>   Defendants,<br><br>RUSSELL G. GREER,<br><br>   Intervenor-Defendant. | No. 22-16859<br><br>D.C. No. 2:21-cv-01676-APG-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

  The judgment of this Court, entered December 07, 2023, amended January 18, 2024, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the appellant in the amount of $35.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT