# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 19, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Angela Williams, et al.
           v. Joseph Lombardo, Governor of Nevada, et al.
           No. 23-1138
           (Your No. 22-16859)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 17, 2024 and placed on the docket April 19, 2024 as No. 23-1138.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst