No. 22-16859

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ANGELA WILLIAMS, JANE DOE #1, AND JANE DOE #2,

Plaintiffs – Appellants,

v.

JOSEPH LOMBARDO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF NEVADA; ET AL.

Defendants – Appellees.

_____

On Appeal from the United States District Court
for the District of Nevada
No. 2:21-cv-01676-APG-VCF
Hon. Andrew P. Gordon

**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

NECHOLE GARCIA, ESQ.
Nevada Bar No. 12746
**LAS VEGAS CITY ATTORNEY'S OFFICE**
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Telephone: (702) 229-6629
Facsimile: (702) 386-1749
ngarcia@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

–2–

Appellee City of Las Vegas hereby requests the removal of Jeffry L. Galliher from the CM/ECF Service List as he is no longer affiliated with the Las Vegas City Attorney's Office.

DATED this 13th day of May, 2024.

                                JEFFRY M. DOROCAK
                                City Attorney

                    By:   /s/ ***Nechole Garcia***
                          NECHOLE GARCIA
                          Chief Deputy City Attorney
                          Nevada Bar No. 12746
                          495 South Main Street, Sixth Floor
                          Las Vegas, NV 89101
                          Attorneys for CITY OF LAS VEGAS